UNITED STATES of America,
Plaintiff–Appellee

v.

Bandy Wayne WALLS, Defendant–
Appellant.

No. 13–50989

Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Aug. 18, 2014.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Shannon Charles Hooks, Austin, TX, for Defendant–Appellant.

Before SMITH, PRADO, and GRAVES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Bandy Wayne Walls has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Walls has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is ex-

cused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.